IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STELLA GAMBLE, ) | 1:08-cv-1744 OWW GSA |
| ) | |
| ) | ORDER TO SHOW CAUSE |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| MICHAEL J. ASTRUE, Commissioner, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    On November 14, 2008, Plaintiff filed the present action in this Court.  Plaintiff seeks review of the Commissioner's denial of her application for benefits.  On November 14, 2008, Plaintiff also filed a motion to proceed in forma pauperis.  Thereafter, on November 18, 2008, this Court granted Plaintiff's motion to proceed in forma pauperis and ordered that the Clerk of this Court issue summons and the United States marshal serve a copy of the complaint, summons and order upon the defendant "as directed by the plaintiff."  (Document 4).  The order granting the motion included the following attachments:  (1) Instructions and Notice of Submission and (2) USM-285 Form.  The instructions directed Plaintiff to provide the clerk's office with the original and five copies of the Summons, five copies of the order directing service by the U.S. Marshal, five copies of the complaint, one completed USM-285 form addressed to the Social Security Administration and five copies of any other documents to be served.  Plaintiff was served with the aforementioned order and

1 attachments by mail on November 18, 2008.

2     As of the date of this Order, Plaintiff has not submitted the required documents to the clerk's office for service by the United States Marshal on the defendant(s).  Therefore, Plaintiff is ordered to show cause, if any he has, why the action should not be dismissed for failure to submit the required documents and to prosecute this action in a timely manner.  Plaintiff is ORDERED to file a written response to this Order to Show Cause WITHIN twenty (20) days of the date of this Order.

    Failure to respond to this Order to Show Cause within the time specified will result in dismissal of this action.

IT IS SO ORDERED.

**Dated:** **January 29, 2009**        **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

2