# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STALLA GAMBLE, | ) | 1:08-cv-1744 OWW GSA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER TO SHOW CAUSE |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

On November 14, 2008, Plaintiff, appearing pro se, filed the present action in this Court. Plaintiff seeks review of the Commissioner's denial of her application for benefits. On November 17, 2008, the Court issued a Scheduling Order. (Doc. 3). The Scheduling Order states that within 120 days after service, Defendant shall file and serve a copy of the administrative record which shall be deemed an answer to the complaint.[1] The Order also provides that within 30 days after service of the administrative record, Plaintiff shall serve on Defendant a letter brief outlining why remand is warranted which Defendant shall respond to within 35 days. Thereafter, if Defendant does not

---

[1] Defendant served the administrative record on November 13, 2009 after the Court granted an it an extension to do so. (Doc. 17).

1

stipulate to remand, within 30 days of Defendant's response, Plaintiff must file and serve an opening brief.

On November 13, 2009, Defendant lodged the administrative record. Pursuant to the Scheduling Order, Plaintiff was required to file her opening brief in this Court on or before February 16, 2010, however, Plaintiff has failed to do so.

Therefore, Plaintiff is ordered to show cause why the action should not be dismissed for failure to comply with the Court's November 17, 2008 order. Plaintiff is ORDERED to file a written response to this Order to Show Cause WITHIN twenty (20) days of the date of this Order. If Plaintiff desires more time to file the brief, Plaintiff should so state in her response.

Failure to respond to this Order to Show Cause within the time specified will result in dismissal of this action.

IT IS SO ORDERED.

Dated: **February 23, 2010**         **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE